ASHLEY R. AMERIO, ESQ.; CASBN: 230469
JEFFREY FLETTERICK, ESQ.; CASBN: 270847
**AMERIO LAW FIRM, P.C.**
1651 Response Road, Suite 111
Sacramento, CA  95815
Tel: (916) 419-1111
ashley@ameriolaw.com
jeff@ameriolaw.com

Attorney for Plaintiff,
J.M., a minor, by and through her
Guardian ad Litem, Nancy Morin

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. M., a minor, by and through her Guardian ad Litem, Nancy Morin,<br><br>Plaintiff,<br><br>v.<br><br>PLEASANT RIDGE UNION SCHOOL DISTRICT, MAGNOLIA INTERMEDIATE SCHOOL, ALLIANCE REDWOODS OUTDOOR RECREATION, COUNTY OF NEVADA and Does 1 to 50,<br><br>Defendants. | Case No.: 2:2016-CV-00897-WBS-CKD<br><br>**ORDER ON PLAINTIFF'S MOTION FOR CONTINUANCE OF THE PRETRIAL SCHEDULING CONFERENCE** |

ORDER

**IT IS HEREBY ORDERED**, good cause having been shown, that the pretrial scheduling conference is continued from Monday, August 29, 2016 at 1:30 p.m., to November 7, 2016 at 1:30 p.m. in Courtroom 5. A Joint Status Report shall be filed no later than October 17, 2016.

Dated:  August 23, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE