**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH R. LORDAN, SB# 265610
  Email: Joseph.Lordan@lewisbrisbois.com
CHINA WESTFALL, SB# 300982
  Email: China.Westfall@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile:  415.434.0882

Attorneys for ALLIANCE REDWOODS
CONFERENCE GROUNDS (sued as Alliance
Redwoods Outdoor Recreation)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| J.M., a minor, by and through her Guardian ad litem, NANCY MORIN-TEAL and NANCY MORIN-TEAL, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> PLEASANT RIDGE UNION SCHOOL DISTRICT, MAGNOLIA INTERMEDIATE SCHOOL, ALLIANCE REDWOODS OUTDOOR RECREATION, COUNTY OF NEVADA and DOES 1 to 50, <br><br> Defendants. | CASE NO. 2:2016-cv-00897-WBS-CKD <br><br> **JOINT STIPULATION REQUESTING ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 144(a)** |

Plaintiffs J.M., a minor, by and through her Guardian ad Litem Nancy Morin-Teal, and Nancy Morin-Teal ("Plaintiffs"), and Defendant Alliance Redwoods Conference Grounds (sued as Alliance Redwoods Outdoor Recreation ("Defendant"), by and through their respective attorneys of record, stipulate as follows:

1. On April 29, 2016, Plaintiffs filed a Complaint against Defendants Alliance Redwoods Conference Grounds, Pleasant Ridge Union School District, Magnolia Intermediate School, the County of Nevada, and Does 1 to 50.

2. Plaintiffs served the Complaint on Defendant Alliance Redwoods Conference Grounds on

August 30, 2016.

3. On September 23, 2016, Plaintiffs and Defendant Alliance Redwoods Conference Grounds stipulated that Defendant's deadline to answer or otherwise respond to Plaintiffs' Complaint would be October 14, 2016.

4. On October 3, 2016, the Court heard oral arguments on Defendant Pleasant Ridge Union School District's motion to dismiss. The Court took the motion under submission.

5. On October 4, 2016, counsel for Defendant Alliance Redwoods Conference Grounds met and conferred with Plaintiffs' counsel regarding Defendant's intent to file a motion to dismiss. Plaintiffs' counsel stated he is amenable to amending the Complaint to address the deficiencies noted by defense counsel for Alliance Redwoods Conference Grounds.

6. In the interest of efficiency, Plaintiffs' Counsel and counsel for Alliance Redwoods Conference Grounds seek an order extending Defendant's time to respond to the Complaint to November 1, 2016.

7. This extension will allow Plaintiffs' counsel to file a single amended Complaint which addresses the deficiencies raised by counsel for Alliance Redwoods Conference Grounds as well as any deficiencies found by the Court in its forthcoming Order on Pleasant Ridge Union School District's motion to dismiss.

8. This change will not alter the date of any deadlines already fixed by Court order.

9. This change will not affect the other parties who have appeared in this action.

DATED: October 6, 2016          LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   */s/ China Westfall*
Joseph R. Lordan
China M. Westfall
Attorneys for Defendant Alliance Redwoods
Conference Grounds (sued as Alliance Redwoods
Outdoor Recreation)

DATED: October 6, 2016          AMERIO LAW FIRM., P.C.

By:   */s/ Jeffrey Fletterick*
Jeffrey Fletterick
Attorneys for Plaintiffs
J.M., a minor, by and through her Guardian and
Litem Nancy Morin-Teal, and Nancy Morin-Teal

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized this filing.

DATED: October 6, 2016                LEWIS BRISBOIS BISGAARD & SMITH LLP

By:   */s/ China Westfall*
      Joseph R. Lordan
      China Westfall
      Attorneys for Defendant Alliance Redwoods
      Conference Grounds (sued as Alliance Redwoods
      Outdoor Recreation)

**[PROPOSED] <u>ORDER</u>**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant Alliance Redwoods Conference Grounds' time to respond to the Complaint is extended to November 1, 2016.

Dated: October 7, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE
*J.M. v. Pleasant Ridge Union School District, et al.*
USDC– Eastern, Sac Div, Case No.: 2:2016-cv-00897-WBS-CKD

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action.  My business address is 333 Bush Street, Suite 1100, San Francisco, CA 94104-2872.  I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On October 6, 2016, I served the following document(s):

**JOINT STIPULATION FOR EXTENTION OF TIME TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 144(a)**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY E-MAIL OR ELECTRONIC TRANSMISSION)  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on October 6, 2016, at San Francisco, California.

*/s/ Sharice Valenzuela*
SHARICE VALENZUELA

**SERVICE LIST**
*J.M. v. Pleasant Ridge Union School District, et al.*
**USDC– Eastern, Sac Div, Case No.: 2:2016-cv-00897-WBS-CKD**

| | |
|---|---|
| Ashley R. Amerio, Esq.<br>Jeffrey Fletterick, Esq.<br>AMERIO LAW FIRM, P.C.<br>1651 Response Road, Suite 111<br>Sacramento, CA 95815<br>Tel:  916.419.1111<br>Fax:  916.649.1747<br>Email: Ashley@ameriolaw.com<br>          jeff@ameriolaw.com<br><br>*Attorneys for Plaintiff*<br>**J.M. and her Guardian ad Litem, NANCY MORIN** | Cori Rae Sarno, Esq.<br>Kristin Alisan Blocher, Esq.<br>ANGELO, KILDAY & KILDUFF, LLP<br>601 University Avenue, Suite 150<br>Sacramento, CA 95825<br>Tel:  916.564.6100 x229<br>Fax:  916.564.6263<br>Email: csarno@akk-law.com<br><br>*Attorney for Defendant*<br>**PLEASANT RIDGE UNION SCHOOL DISTRICT** |
| Kristin Alisan Blocher<br>LAW OFFICES OF KRISTIN A. BLOCHER<br>P.O. Box 491<br>Sacramento, CA 95812<br>Tel:  916.945.2720<br>Fax:  916.945.2720<br>Email: blocher.esq@gmail.com<br><br>*Attorney for Defendant*<br>**PLEASANT RIDGE UNION SCHOOL DISTRICT** | Amanda Uhrhammer<br>County Of Nevada<br>950 Maidu Avenue<br>Nevada City, CA 95959<br>Tel:  530-265-1510<br>Email: amanda.uhrhammer@co.nevada.ca.us<br><br>*Attorney for Defendant*<br>**COUNTY OF NEVADA** |