ASHLEY R. AMERIO, ESQ.; CASBN: 230469
JEFFREY FLETTERICK, ESQ.; CASBNL 270847
**AMERIO LAW FIRM, P.C.**
1651 Response Road, Suite 111
Sacramento, CA 95815
Tel: (916) 419-1111

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M., a minor, by and through her Guardian ad Litem, Nancy Morin-Teal,<br><br>        Plaintiff,<br><br>vs.<br><br>PLEASANT RIDGE UNION SCHOOL DISTRICT, , ALLIANCE REDWOODS OUTDOOR RECREATION, COUNTY OF NEVADA and Does 1 to 50,<br><br>        Defendants. | NO.:   2:2016-CV-00897-WBS-CKD<br><br>**PETITION FOR ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Petitioner states as follows:

Petitioner is a minor and is currently 13 years old.  She was born January 7, 2003. .J.M. is filing a complaint for damages and violation of civil rights.

1.     We have no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

2.     NANCY MORIN-TEAL is located in Auburn, CA 95602.

3.     NANCY MORIN-TEAL is J.M.'s mother, and is a responsible person fully competent to act as her  guardian ad litem.

NANCY MORIN-TEAL has no interests adverse to the rights of J.M.

NANCY MORIN-TEAL is not connected in the business with the proposed adverse party, and is fully competent and responsible to prosecute the proposed action for J.M. NANCY MORIN, is willing to act as guardian ad litem for petitioner, as appears by her consent below.

WHEREFORE, petitioner moves this court for an order appointing NANCY MORIN-TEAL as guardian ad litem of petitioner for the purpose of bringing action against PLEASANT RIDGE UNION SCHOOL DISTRICT, MAGNOLIA INTERMEDIATE SCHOOL, ALLIANCE REDWOODS OUTDOOR RECREATION, COUNTY OF NEVADA on the claim herein stated.

Dated: April 28, 2016                                AMERIO LAW FIRM, P.C.

                                                     By: _____/s/_____
                                                         ASHLEY R. AMERIO, ESQ.
                                                         Attorney for Plaintiff:

## CONSENT TO NOMINEE

I, NANCY MORIN, the nominee of the petitioner, consent to act as guardian ad litem for the minor petitioner in the above action.

DATED: April 28, 2016

                                /s/ Nancy Morin (original signature
                                retained by attorney Ashley R. Amerio)
                                NANCY MORIN, Proposed
                                Guardian ad Litem and Mother of
                                J.M.

## ORDER

The petition for an order appointing NANCY MORIN as guardian ad litem for petitioner is GRANTED.

Dated: October 26, 2016          _____
                                 WILLIAM B. SHUBB
                                 UNITED STATES DISTRICT JUDGE